IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGO KURTANIDZE,

             Petitioner,

   v.

MICHAEL ROSE, et al.,

             Respondents.

CIVIL ACTION
NO. 26-493

## ORDER

**AND NOW**, this 26th day of March 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 6), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.